**IN the INTEREST OF: I.T.W., a Minor**

**3209 EDA 2016**

Superior Court of Pennsylvania.

05/05/2017

CP–51–AP–0000784–2015, CP–51–DP–0001909–2013 (Philadelphia)

Affirmed—Application to Withdraw as Counsel Granted

**COM.**

**v.**

**HRUSOVSKY, R.**

**3299 EDA 2016**

Superior Court of Pennsylvania.

05/05/2017

. CP–48–CR–0000684–1995 (Northampton) .

Affirmed

**RED RUN MOUNTAIN, INC.**

**v.**

**EARTH ENERGY CONSULTANTS**

**2259 MDA 2015**

Superior Court of Pennsylvania.

05/05/2017
Reargument Denied 7/13/2017

12–01259 (Lycoming)

Affirmed

**NORMAN, M.**

**v.**

**NORMAN, E.**

**764 MDA 2016**

Superior Court of Pennsylvania.

05/05/2017

2012–CV–1174–DC (Dauphin)

Affirmed

**COM.**

**v.**

**BEAUMONT, J.**

**1649 MDA 2016**

Superior Court of Pennsylvania.

05/05/2017

CP–35–CR–0002435–2015 (Lackawanna)

Affirmed